# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

154773(72)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

IHAB MASALMANI,
        Defendant-Appellant.
_____/

SC: 154773
COA: 325662
Macomb CC: 2009-005244-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief is GRANTED. The brief will be accepted as timely filed if submitted on or before November 15, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2019             

                                  Clerk